UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
ANN ARBOR DIVISION

| | |
|---|---|
| MARISOL GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> RENTGROW, INC., <br><br> Defendant. | Case No. 5:24-cv-10002-JEL-DRG <br><br> Honorable Judith E. Levy <br> Magistrate David R. Grand |

## NOTICE OF SETTLEMENT

Plaintiff Marisol Gonzalez and Defendant RentGrow, Inc. (collectively the "Parties") advise the Court that a settlement has been reached in this case. The Parties are in the process of finalizing a formal settlement agreement and request a stay of all deadlines. The parties anticipate filing a stipulation for dismissal within the next 45 days.

DATED: August 5, 2024

        Respectfully submitted,

        By: *s/Erica J. Stutman*
            Adam E. Lang
            Erica J. Stutman
            SNELL & WILMER, L.L.P.
            1 E. Washington, Suite 2700
            Phoenix, AZ 85004
            Telephone: 602.382.6000
            alang@swlaw.com
            estutman@swlaw.com

David E. Plunkett
WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT, P.C.
380 N. Old Woodward Ave., Suite 300
Birmingham, MI 48009
Telephone: 248.642.0333
dep@wwrplaw.com

*Attorneys for Defendant*

2

4857-9888-8917.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following on August 5, 2024:

Shawn Jaffer
Stephen Jones
Audrey Cate
5757 Alpha Road, Suite 580
Dallas, TX 75240
Telephone: 214.945.0000
Facsimile: 888.509.3910
Email: national@jaffer.law
      attorneys@jaffer.law
      stephen@jaffer.law
      audrey@jaffer.law

*Attorneys for Plaintiff*

 

*s/Erica J. Stutman*
Erica J. Stutman

4857-9888-8917.1