UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marisol Gonzalez,

           Plaintiff,

                                  Case No. 24-10002

v.

                                  Judith E. Levy

RentGrow, Inc.,                 United States District Judge

           Defendant.     Mag. Judge David R. Grand

_____/

## ORDER OF DISMISSAL

Plaintiff Marisol Gonzalez and Defendant RentGrow, Inc., have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendant RentGrow, Inc., are DISMISSED with prejudice, to the refiling of the same, with court costs and attorneys' fees to be paid by the party incurring the same.

Date: October 7, 2024                      s/Judith E. Levy
                                                   JUDITH E. LEVY
                                                   United States District Judge